```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
DIANA DELAHOZ,                     :

                Plaintiff,         :       09 Civ. 9988 (ALC) (AJP)

       -against-                   :       ORDER OF DISMISSAL ON CONSENT

SWIFT TRANSPORTATION CO., INC.     :
& JOHN DOE,
                                   :
                Defendants.
                                   :
---------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/7/12

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (<u>see</u> attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

The Court notes that counsel's failure to notify the Court of the settlement and failure to appear at today's status conference without notice to the Court is, to put it mildly, extremely rude and inconsiderate.

SO ORDERED.

DATED:   New York, New York
         March 7, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Andrew L. Carter, Jr.

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, NY 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lbbslaw.com

RECEIVED
MAR 07 2012
CHAMBERS OF
ANDREW J. PECK

**ADAM N. SCHWARTZSTEIN**
DIRECT DIAL: 646.666.7691
E-MAIL: aschwartzstein@lbbslaw.com

March 7, 2012

**VIA FACSIMILE – 212-805-7933**

Hon. Andrew J. Peck
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *Diana Delahoz v. Swift Transportation*
        Case number:  09-cv-09988
        Our File No.:  7214.96

Dear Judge Peck:

Please be advised that this matter settled in December 2011. The parties apologize for not timely informing the court of the settlement.

If you have any questions, please feel free to contact the undersigned at any time.

Very truly yours,

Adam Schwartzstein of
LEWIS BRISBOIS BISGAARD & SMITH LLP